No. 4,116.—STATE EX REL. SECURITY TRUST & SAVINGS BANK, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of *mandamus* to the District Court of Blaine County, and John A. Matthews, Judge presiding.

Decided October 3, 1917.

PER CURIAM.—The application of the relator herein for writ of *mandamus* is, after due consideration by the court, denied.

*Messrs. McKenzie & McKenzie*, for Relator.

————

No. 3,801.—THOS. SHANKS, APPELLANT, *v.* HELENA CAB CO. ET AL., RESPONDENT.

*Appeal from District Court, Lewis & Clark County; R. Lee McCulloch, Judge presiding.*

Decided October 3, 1917.

PER CURIAM.—The appeal in this cause is dismissed pursuant to stipulation of the parties herein.

*Messrs. Carleton & Carleton*, for Appellant.

*Messrs. Wm. Wallace, Jr., John G. Brown*, and *T. B. Weir*, for Respondents.